IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:24-CR-78-MOC |
| v. | **BILL OF INDICTMENT**<br>Violations:<br>18 U.S.C. § 922(o)<br>21 U.S.C. § 841(a)(1) |
| **DAEJHUN GINGHAM** | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Transfer of a Machinegun)*

On or about November 28, 2023, in Union County, within the Western District of North Carolina, the defendant,

**DAEJHUN GINGHAM,**

did knowingly transfer a machinegun, as that term is defined in Title 18, United States Code, Section 921(a)(24), to wit: a 9mm handgun capable of fully automatic fire, without manual reloading, by a single function of the trigger; in violation of Title 18, United States Code, Section 922(o).

**COUNT TWO**
*(Distribution of Methamphetamine)*

On or about November 28, 2023, in Union County, within the Western District of North Carolina, the defendant,

**DAEJHUN GINGHAM,**

did knowingly and intentionally distribute a controlled substance, that is, fifty (50) grams or more of methamphetamine hydrochloride (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment. The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

(a) A Glock, model 19X, 9mm pistol
(b) An Anderson Manufacturing, model AM-15, 5.56mm pistol
(c) A Palmetto State Armory, model PA-15, 5.56 caliber rifle
(d) A Radical Firearms, LLC, model RF-15, 5.56 caliber firearm
(e) A privately made Polymer 80 machinegun
(f) Methamphetamine
(g) Ammunition

A TRUE BILL

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

TIM SIELAFF
ASSISTANT UNITED STATES ATTORNEY